UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT<br><br>                        Plaintiff,<br><br>    v.<br><br>RASHAD L. WILLIAMS,<br><br>                     Defendant. | Case No.:<br><br><br><br><br><br><br><br>DECEMBER 5, 2017 |

**DEFENDANT RASHAD L. WILLIAMS'S**
**NOTICE OF REMOVAL**

Defendant Rashad L. Williams ("Williams"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the above-captioned action from the Connecticut Superior Court for the Judicial District of Hartford at Hartford (the "State Court Action") to the United States District Court for the District of Connecticut. In support of this Notice, Williams states as follows:

1.      The Complaint in the State Court Action is dated November 13, 2017, with a Return Date of December 19, 2017. It was filed on November 15, 2017, and assigned Docket No. HHD-CV17-6084612-S.

2.      On or about November 14, 2017, Williams was served a copy of the Complaint via service on the Cheshire Correctional Institution. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon him are attached hereto as **Exhibit A** (hereinafter the "Complaint"). A copy of the Return of Service in the State Court Action is attached hereto as **Exhibit B**.

3.      This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 6 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days of Williams's

initial receipt of the Complaint, which constitutes the "pleading…from which it may first be ascertained that the case is one which is…removable." 28 U.S.C. § 1446(b).

4. The ground for removal is federal question under 28 U.S.C. § 1441. Specifically:

 a. Plaintiff Rashad Williams obtained a $300,000 judgment for violations of his civil rights committed by an employee of the State of Connecticut under 42 U.S.C. § 1983. *See Williams v. Murphy, et al.*, U.S.D.C. D. Conn., Case No. 3:13-cv-01154-MPS (the "Civil Rights Action")

 b. Following that judgment, the State of Connecticut withheld a significant portion of Williams's award pursuant to Conn. Gen. Stat. § 18-85b, Connecticut's cost of incarceration statute.

 c. Williams challenged the constitutionality of the State of Connecticut's failure to pay the full amount of his § 1983 judgment in the Civil Rights Action, arguing that Conn. Gen. Stat. § 18-85b is preempted by federal law in that it conflicts with Congress's goals in enacting 42 U.S.C. § 1983 and stands as a substantial obstacle to the ends Congress intended to achieve with respect to civil actions against prison officials. (Civil Rights Action at Dkt. Nos. 240-243).

 d. In addition to withholding a portion of Williams's § 1983 judgment pursuant to Connecticut's cost of incarceration statute, the State of Connecticut is now attempting, in this action, to seize another portion of Williams's § 1983 judgment pursuant to Conn.

Gen. Stat. § 51-298, which addresses the recoverability of public defender fees.

e.   The State of Connecticut's attempt to reduce Williams's § 1983 award by the cost of public defenders fees suffers from the same constitutional defect as the State of Connecticut's attempt to reduce Williams's § 1983 award for the costs of his incarceration, namely, that Connecticut's public defender fees statute conflicts with Congress's goals in enacting 42 U.S.C. § 1983 and stands as a substantial obstacle to the ends Congress intended to achieve.

f.   This issue has been raised by Williams in the Civil Rights Action in connection with the State of Connecticut's unlawful freezing of his inmate trust account. (Civil Rights Action at Dkt. Nos. 256-257).

5.   Williams will file a copy of this Notice of Removal with the Clerk of the Connecticut Superior Court for the Judicial District of Hartford at Hartford pursuant to 28 U.S.C. § 1446(d).

6.   The time for Williams to file a responsive pleading in the State Court Action has not expired. Pursuant to Connecticut Practice Book § 10-8, the deadline for Williams to file a responsive pleading is January 18, 2018. Williams reserves the right to raise all defenses and objections in this action after the action is removed to this Court.

WHEREFORE, notice is hereby given that this action is removed from the Connecticut Superior Court for the Judicial District of Hartford at Hartford to the United States District Court for the District of Connecticut.

DEFENDANT
RASHAD L. WILLIAMS

By: /s/ *J. Tyler Butts*
Linda L. Morkan
J. Tyler Butts
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Phone:  860-275-8200
Fax:  860-275-8299
lmorkan@rc.com
jbutts@rc.com

**<u>Certificate of Service</u>**

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, on this 5th day of December, 2017, to the following counsel of record:

Stephen R. Finucane, Esq.
Terrence M. O'Neill, Esq.
State of Connecticut Attorney General's Office
110 Sherman Street
Hartford, CT 06105
*Attorneys for Plaintiff State of Connecticut*

By:     /s/ *J. Tyler Butts*
          J. Tyler Butts